1  MICHAEL A. SWEET (SBN 184345)
   msweet@foxrothschild.com
2  JACK PRAETZELLIS (SBN 267765)
   jpraetzellis@foxrothschild.com
3  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
4  San Francisco, CA 94104
   Telephone:   (415) 364-5540
5  Facsimile:   (415) 391-4436

6  Attorneys for Plaintiff
   E. LYNN SCHOENMANN, TRUSTEE
7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12

| | |
|---|---|
| 13  E. LYNN SCHOENMANN, TRUSTEE, | N.D. Case No. 4:15-cv-05193-JSW |
| 14           Plaintiff, | **ORDER WITHDRAWING REFERENCE AND ~~SUGGESTING~~ STATUS CONFERENCE**  AS MODIFIED |
| 15       vs. | |
| 16  BILLIE Z. SALEVOURIS, et al., | |
| 17           Defendants. | |
| 18 | |
| 19  In re | Bankruptcy Case No. 11-33792-HLB |
| 20  FRANK EDWARD LEMBI, | Chapter 7 |
|     Debtor. | |
| 21 | |
| 22  E. LYNN SCHOENMANN, TRUSTEE, | Adversary No. 13-03231 |
| 23           Plaintiff, | |
| 24       vs. | |
| 25  BILLIE Z. SALEVOURIS, et al., | |
| 26           Defendants. | |
| 27 | |
| 28 | |

                                              ORDER
                                      (CASE NO. 4:15-cv-05193-JSW)

1  Upon review of the motion to withdraw the reference of the adversary proceeding
2  *Schoenmann v. Salevouris, et al* (N.D. Cal. Bankr. Adv. Proc. No. 13-03231) (the "Adversary
3  Proceeding") from the United States Bankruptcy Court for the Northern District of California
4  filed by the plaintiff E. Lynn Schoenmann, Trustee in the Bankruptcy of Frank Edward Lembi,
5  and good cause appearing therefor,
6  IT IS ORDERED that the reference of the Adversary Proceeding to the United States
7  Bankruptcy Court for the Northern District of California is hereby withdrawn.
8  IT IS FURTHER ORDERED that pursuant to Northern District of California Bankruptcy
9  Local Rule 5011-2(e), this matter is assigned to the undersigned.
10  The parties are available and suggest that it be further ordered that a status conference on
11  this matter shall be set for March ~~3~~ 4, 2016 at 11:00 a.m. at the Northern District of California,
12  Oakland Courthouse, Courtroom 5, 2nd Floor, 1301 Clay Street, Oakland, California 94612.
13  IT IS SO ORDERED.
14  Dated: January 12, 2016 .

_____
United States District Court Judge

A joint status conference statement shall be filed no later than February 26, 2016.