1  MICHAEL A. SWEET (SBN 184345)
   msweet@foxrothschild.com
2  JACK PRAETZELLIS (SBN 267765)
   jpraetzellis@foxrothschild.com
3  **FOX ROTHSCHILD LLP**
   345 California Street, Suite 2200
4  San Francisco, CA 94104
   Telephone:    (415) 364-5540
5  Facsimile:    (415) 391-4436

6  Attorneys for Plaintiff
   E. LYNN SCHOENMANN, TRUSTEE
7
   MacCONAGHY & BARNIER, PLC
8  JOHN H. MacCONAGHY, State Bar No. 83684
   JEAN BARNIER, State Bar No. 231683
9  645 First Street West, Suite D
   Sonoma, CA 95476
10 Telephone:  (707) 935-3205
   Email:  macclaw@macbarlaw.com
11
   Attorneys for Defendants
12

13            **UNITED STATES DISTRICT COURT**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15                 **OAKLAND DIVISION**

16 | In re                                    | Case No. 4:15-CV-05193 JSW

17 | FRANK EDWARD LEMBI,

18 |            Debtor.                        | **[PROPOSED] ORDER EXTENDING**
                                                **TIME TO COMPLETE SETTLEMENT**
19                                              **CONFERENCE**

20 | E. LYNN SCHOENMANN,  Chapter 7 Trustee
     in Bankruptcy for the Estate of Frank E. Lembi,
21
22 |            Plaintiff,

23 | v.

24 | BILLIE Z. SALEVOURIS, an individual and as
     trustee for THE BILLIE Z. SALEVOURIS
25   TRUST DATED 8/23/83, AS RESTATED ON
     5/24/02; and DAVID M. RAYNAL, an
26   individual;
27
              Defendants.
28

---
                                    1
          **ORDER EXTENDING TIME TO COMPLETE SETTLEMENT CONFERENCE**

1
2
      The Parties having stipulated and good cause appearing:

3
      IT IS ORDERED that the date the Parties may complete their Settlement Conference shall be

4
extended to June 30, 2016.

5
      IT IS SO ORDERED.

6
7
Dated:  March 30, 2016

8
9
                               United States District Court Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
**ORDER EXTENDING TIME TO COMPLETE SETTLEMENT CONFERENCE**