MacCONAGHY & BARNIER, PLC
JOHN H. MacCONAGHY, SBN 83684
JEAN BARNIER, SBN 231683
645 First St. West, Ste. D
Sonoma, CA 95476
Telephone: (707) 935-3205
Email: macclaw@macbarlaw.com

Attorneys for Defendants
BILLIE Z. SALEVOURIS and
DAVID M. RAYNAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>FRANK E. LEMBI,<br><br>        Debtor.<br><br>E. LYNNE SCHOENMANN, Chapter 7 Trustee in Bankruptcy of the Estate of Frank E. Lembi,<br><br>        Plaintiff,<br><br>v.<br><br>BILLIE Z. SALEVOURIS, individually and as Trustee of the Billie Z. Salevouris Trust dated and DAVID M. RAYNAL,<br><br>        Defendant. | Case No. 4:15-cv-05193 JSW<br><br>**DECLARATION OF JOHN H. MacCONAGHY IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* NO. 1 – EXCLUSION OF UNDISCLOSED EXPERT WITNESS EVIDENCE** |

I, John H. MacConaghy, state:

1. I am an attorney admitted to the bar of this Court and am counsel for Defendants Billie Z. Salevouris and David M. Raynal in this action.

2. Attached to this declaration and labeled Exhibit 1 is a correct copy of the "Application for Order Authorizing Employment of Accountant" filed by the Plaintiff on December 20, 2011 in the Chapter 7 case *In re Frank E. Lembi*, U.S. Bank. Ct. N.D. Cal. Case No. 11-33792 HLB.

3. Attached to this declaration and labeled Exhibit 2 is a correct copy of the narrative

summary of the "Fifth Interim Application for Compensation by Accountant for Trustee" filed by Bachecki Crom & Co. LLP on November 30, 2015 in the Chapter 7 case *In re Frank E. Lembi*, U.S. Bank. Ct. N.D. Cal. Case No. 11-33792 HLB.

4. Attached to this declaration and labeled Exhibit 3 is a correct copy of the "Scheduling Order for Trial in Adversary Proceeding" issued on February 18, 2014 by the Hon. Hannah L. Blumenstiel, U.S. Bankruptcy Judge, in this action while it was still before her.

5. Attached to this declaration and labeled Exhibit 4 is a correct copy of the PACER records maintained by the Clerk of the U.S. Bankruptcy Court for the Northern District of California, listing the number of adversary proceedings in which the Plaintiff E. Lynne Schoenmann was a plaintiff in other actions to recover "fraudulent" transfers pursuant to 11 U.S.C. Section 548.

6. Attached to this declaration and labeled Exhibit 5 is a correct copy of the PACER records maintained by the Clerk of the U.S. Bankruptcy Court for the Northern District of California, listing the number of adversary proceedings in which the Plaintiff E. Lynne Schoenmann was a plaintiff in other actions to recover preferential transfers pursuant to 11 U.S.C. Section 547.

7. Attached to this declaration and labeled Exhibit 6 is a correct copy of the relevant portions of PACER docket sheet maintained by the Clerk of the U.S. Bankruptcy Court for the Northern District of California for the action Schoenmann v. Peninsula Commons, LLC, et al, U.S. Bank. Ct. N.D. Cal. A.P. No. 13-3046 HLB, demonstrating at Docket Nos. 217, 218, and 219 the Plaintiff is familiar with the obligation to serve expert witness disclosures pursuant to Rule 26(a)(2).

8. My clients will be severely prejudiced if the Plaintiff is permitted to introduce any undisclosed expert evidence. Had the Plaintiff made her expert disclosures on or before July 21, 2014, as required by Bankruptcy Judge Blumenstiel's Scheduling Order, I was prepared to retain one or more rebuttal experts. I did not do so in reliance on the fact that the Plaintiff, who of course bears the burden of proof in this action, made no expert disclosures of her own.

/

1 | I declare under penalty of perjury of the laws of the United States that the foregoing is
2 | true and correct, that I have personal firsthand knowledge thereto, and that this declaration is
3 | executed on August 12, 2016, at Sonoma, California.

         /s/ John H. MacConaghy
         John H. MacConaghy